IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CESAR YOBANI GOMEZ CRUZ, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DISTRICT DIRECTORS, | : | |
| UNITED STATES CITIZENSHIP | : | |
| AND IMMIGRATION SERVICES, et al., | : | No. 10-4151 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **8th** day of **December**, **2010**, upon consideration of Defendants' Motion to Dismiss, Plaintiff's response thereto, and for the reasons stated in this Court's December 8, 2010 Memorandum, it is hereby **ORDERED** that:

1. The motion (Document No. 6) is **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED without prejudice**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**